IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03396-RBJ

GERALD M. KACZMAREK and
BRIDGETTE D. KACZMAREK,

      Plaintiffs,

v.

SUNTRUST MORTGAGE, INC.,

      Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **two day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **March 16, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 3, 2015 at 8:30 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 8th day of May, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge